UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARQUISE TOLBERT and KISEAN COLEMAN,<br><br>Defendants. | CASE NO. 2:23-cr-00104-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Pursuant to the Government's supplemental response to Defendant Tolbert's motion to continue (Dkt. No. 71), and for the reasons stated therein, the Court ORDERS as follows:

(a) Defendant Coleman shall file a response to Defendant Tolbert's pending motion to continue (Dkt. No. 55) by no later than **Friday, August 25, 2023**.

(b) An in-person hearing on the motion to continue and scheduling conference shall be scheduled for **Wednesday, August 30, 2023, at 11:00 A.M**. All parties shall appear for the hearing.

(c) The previously extended deadline (*see* Dkt. No. 68) for the Government to respond to Defendant Coleman's currently pending pretrial motions (Dkt. Nos. 56, 57, 59) is suspended until such motions are either withdrawn or formally adopted and renoted by Defendant Coleman's new counsel.

(d) All remaining pretrial deadlines are suspended until a new trial date and pretrial schedule is entered.

Dated this 16th day of August 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 2