The Hon. Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARQUISE TOBERT, *et al.*,<br><br>Defendant,<br><br>and<br><br>CHANDREA LOWE GREEN,<br><br>Third-Party Claimant | NO. CR23-104-TL<br><br>**NOTICE OF RECEIPT OF THIRD-PARTY PETITION: CHANDREA LOWE GREEN** |

The United States, by and through its undersigned counsel, hereby provides notice that on November 6, 2025, Third-Party Claimant Chandrea Lowe Green emailed to the United States Attorney's Office a letter asserting an ownership interest in the following property, which was identified in the Preliminary Orders of Forfeiture as to Defendant Marquise Tolbert and Defendant Kisean Coleman (Dkt. Nos. 143, 165):

    a. A Ruger 5.7 pistol, bearing serial number 641-25844, and any associated ammunition;

A true and correct copy of Ms. Green's submission is attached hereto as Exhibit A.

Notice of Receipt of Third-Party Petition - 1
*United States v. Tolbert, et al.,* CR23-104-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | DATED this 12th day of November, 2025. |
| 2 | |
| 3 | Respectfully submitted, |
| 4 | CHARLES NEIL FLOYD<br>United States Attorney |

DATED this 12th day of November, 2025.

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

*s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov

Notice of Receipt of Third-Party Petition - 2
*United States v. Tolbert, et al.,* CR23-104-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2025, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which automatically serves the parties of record.

I hereby further certify that on November 12, 2025, I provided direct notice of the foregoing, via email, to Chandrea Lowe Green, at the following email address:

████████@gmail.com

*s/Hannah G. Williams*
HANNAH G. WILLIAMS
FSA Supervisory Paralegal, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2242
Fax: (206) 553-6934
Hannah.Williams2@usdoj.gov

Notice of Receipt of Third-Party Petition - 3
*United States v. Tolbert, et al.,* CR23-104-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# EXHIBIT A

|||
|---|---|
| | The Hon. Tana Lin |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARQUISE TOLBERT, *et al.*,<br><br>Defendants. | NO. CR23-104-TL<br><br>**THIRD PARTY<br>ANCILLARY PETITION<br>OF CHANDREA LOWE GREEN** |

Chandrea Lowe Green submits this Third Party Ancillary Petition under penalty of perjury, asserting an ownership interest in the Ruger 5.7 pistol, serial number 641-25844, (the "Ruger Pistol") preliminarily forfeited by Marquise Tolbert and Kisean Coleman in this matter (Dkt. Nos. 143, 165). In support of her Ancillary Petition, Cheandra Lowe Green provides the following information:

1. Chandrea Lowe Green states that she is an innocent owner of the Ruger Pistol.

2. Chandrea Lowe Green purchased the Ruger Pistol from Outdoor Emporium Seattle on or about late 2019-early 2020.

3. On or before March 17, 2023, the Ruger Pistol was stolen from a locked vehicle parked at the Seattle-Tacoma International Airport, along with a pair of designer

Third Party Ancillary Petition of Chandrea Lowe Green - 1
*United States v. Tolbert, et al.,* CR23-104-TL

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  glasses and a cell phone. Chandrea Lowe Green reported the theft to the Port of Seattle
2  on March 17, 2023 (report number 202318055). Video footage recorded a person
3  breaking into the vehicle.
4      I declare under penalty of perjury that the foregoing is true and correct.
5
6  ____11th____ this    day of November 2025.
7
8                                          CHANDREA LOWE GREEN
9                                          Third Party Petitioner
10                                         Seattle, WA 98133

Third Party Ancillary Petition of Chandrea Lowe Green - 2
United States v. Tolbert, et al., CR23-104-TL

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970